Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:    (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

**FILED**

MAY 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>KULWINDER ATKAR; MIKE ATKAR and Does 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:06-CV-00319 LKK KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>F.R.Civ.P. 41(a)(1)<br><br>Dispositional Documents Due:<br>May 24, 2006 |

- 1 -

STIPULATION OF DISMISSAL AND ORDER THEREON

| | |
|---|---|
| 1 | Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants Kulwinder Atkar and Mike Atkar, through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs. |

DATED: May 17, 2006                              **AZIMY & NATHAN, LLP**


By: /s/ Reuben D. Nathan, Esq.
    Reuben D. Nathan, Esq.
    Attorney for Plaintiff,
    Joseph Abdullah

DATED: May 17, 2006                              **BEYER, PONGRATZ & ROSEN, APLC**


By: /s/ David P. Foos, Esq. as authorized on May 17, 2006
    David P. Foos, Esq.
    Attorney for Defendants,
    Kulwinder Atkar & Mike Atkar

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

# ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated: 5/17, 2006

_____
United States District Court Judge

**STIPULATION OF DISMISSAL AND ORDER THEREON**